**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01508-CV

### FEYSAL AYATI-GHAFFARI, Appellant

### V.

### JPMORGAN CHASE BANK, N.A., Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03108-2013**

## ORDER

This Court issued the mandate in this case on June 18, 2015. Before the Court is appellant's June 22, 2015 motion to recall and correct the mandate. First, appellant asks that the mandate be recalled because he removed this case to the United States District Court for the Eastern District of Texas before the mandate issued. In an order signed on May 8, 2015, however, the federal district court remanded the case back to the trial court. Appellant filed a "Second-Notice to the Fifth Judicial District of Dallas, Texas of Removal to U.S. District Appeal Court" on May 14, 2015. It appears this second notice is an appeal of the May 8, 2015 order remanding the case back to the trial court. The exhibit attached to the notice is labeled "Notice of Appealing this Order" and states the case is "NOT REMANDABLE for seven reasons." However, appellant states no ground upon which this Court is authorized to recall the mandate.

Second, appellant asks the Court to correct the mandate because there is no evidence that appellee is a lender. This Court no longer has plenary power to consider the merits of this complaint. *See* TEX. R. APP. P. 19.1(b).

Appellant has provided no grounds that would authorize this Court to recall the mandate. Accordingly, we **DENY** appellant's motion.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE